DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDIA CREATURE PROPERTIES LLC,

    Plaintiff,

-against-

CODIGO PUBLISHING, LLC, CODIGO MUSIC, LLC, DOWNTOWN MUSIC PUBLISHING LLC, et al.,

    Defendants.

Civil Case No.: 18 Civ. 06299-VM-SDA

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

WHEREAS, the parties to this action have entered into a settlement agreement resolving all claims made and defenses asserted in this action; NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between and among all parties that the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and without costs or attorneys' fees to any party.

Dated: New York, New York
      March ___, 2019

EISENBERG TANCHUM & LEVY

By: _____
Stewart L. Levy
707 Westchester Avenue Suite 300
White Plains, New York 10604
Telephone: (212) 599-0777
Email: slevy@etllaw.com

*Attorneys for Defendants Codigo Music, LLC, Codigo Publishing, LLC and Downtown Music Publishing, LLC*

LAW OFFICE OF ROBERT J. BERNSTEIN

By: _____
Robert J. Bernstein
43 West 43rd Street, Suite 39
New York, New York 10036
Telephone: (203) 253-0353
Email: rjb@robert-bernsteinlaw.com

*Attorneys for Plaintiff Media Creature Properties, LLC*

SO ORDERED: Victor Marrero
            U.S.D.J.

Dated: 11 March 2019